IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Curtis Rena Hill, #296024, a/k/a Curtis R. Hill,<br><br>   Plaintiff,<br><br>vs.<br><br>Adell Dobey, Polly Hall and Marcus Smith,<br><br>   Defendants. | Civil Action No. 6:08-4080-HMH-KFM<br><br>**O R D E R** |

This matter is before the court on the plaintiff's "Motion to Dismiss Counsel" (doc. 80). The plaintiff, a state prisoner who is proceeding *pro se*, brought this action seeking relief pursuant to Title 42, United States Code, Section 1983. In his complaint, the plaintiff alleges deliberate indifference to a serious medical need after he slipped and fell on a wet floor at Edgefield County Detention Center on September 29, 2008, causing injuries including a sprained ankle.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under Title 42, United States Code, Section 1983.

In his motion now before the court, the plaintiff asks that his case be reassigned, and that the undersigned "remove himself from the above case" based upon ineffective assistance of counsel, conflict of interest, *Brady v. Maryland* violation, Fourteenth Amendment Due Process violation, and Sixth Amendment right to counsel violation (pl. motion at 1-2). It appears that the plaintiff is unhappy that his motion to appoint counsel and motion for reconsideration were recently denied. Nonetheless, the plaintiff has provided no basis for the recusal of the undersigned from this case. Accordingly, the motion (doc. 80) is denied.

IT IS SO ORDERED.

August 12, 2010  s/Kevin F. McDonald
Greenville, South Carolina  United States Magistrate Judge